

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

July 6, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 9:14:51 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE CATHERINE EVANS
180TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TEXAS

Defendant's Name: RICARDO MARTINEZ

Cause No: 1315568

Court: 180TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 06/26/2015
**Sentence Imposed Date:** 06/26/2015
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

NANCY M. CAPETILLO (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1315568

## THE STATE OF TEXAS

V.

Ricardo Martinez , A/K/A/ _____

180th District Court / County Criminal Court at Law No. _____

### Harris County, Texas

#### NOTICE OF APPEAL

FILED
Chris Daniel
District Clerk
JUN 26 2015
Time: _____
By _____
Harris County, Texas
Deputy

#### TO THE HONORABLE JUDGE OF SAID COURT:

On June 26, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

6-26-15
**Date**

Ricardo Martinez
**Defendant (Printed name)**

_Kel Smith_
**Attorney (Signature)**

Keisha Smith
**Attorney (Printed name)**

24029841
**State Bar Number**

708 Main Ste. 790 Houston Tx 77002
**Address**

713.222.0733
**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X R. Martinez
**Defendant (Signature)**

Ricardo Martinez
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON 6-26-15

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___6-29-15___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☑ _____ (attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: ___6-29-15___

_____

JUDGE PRESIDING,
___ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS



Cause No. ___131568___

THE STATE OF TEXAS

v.

__Ricardo Martinez__, Defendant

IN THE __180th__ DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

[X] is not a plea-bargain case, and the defendant has the right of appeal. [or]

[ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

[ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

[ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]

[ ] the defendant has waived the right of appeal.

____ this certification is made subsequent to a revocation of probation or adjudication of guilt.

_____
Judge

_____
Date Signed   6-26-15

FILED
Chris Daniel
District Clerk
JUN 26 2015
Time: _____
By _____
Harris County, Texas
Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _R. Martinez_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

X _____
Defendant's Counsel

State Bar of Texas ID number: _2402984___

Mailing Address: _____

Telephone number: _____

Fax number: _____

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed

# APPEAL CARD

Due: 8-25-15    14th

Court __180__    Cause No. __13/3368__

### The State of Texas
### Vs
Ricardo Martinez

Date Notice    6-26-15
Of Appeal: __6-26-15__

Presentation: _____ Vol._____ Pg._____

Judgment: _____ Vol._____ Pg._____

Judge Presiding __Catherine Evans__
Court Reporter __Nancy Capetillo__
Court Reporter _____
Court Reporter _____

Attorney
on Trail __R Smith__

Attorney *Hearing*
on Appeal __To be determined__

Appointed __✓__    Hired _____

Offense __Agg Robbery__

Jury Trail:    Yes_____    No __✓__

Punishment
Assessed __8 years TDCJ ID__

Companion Cases
(If Known) __NA__

Amount of
Appeal Bond __Ø__

Appellant
Confined:    Yes __✓__    No _____

Date Submitted
To Appeal Section _____

Deputy Clerk _____

99X